COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-15-01046-CV |
| Style: | Carla Thomas and Eugene Thomas v. California Golden Coast, LLC |
| Date motion filed[*]: | June 28, 2016 |
| Type of motion: | Motion for extension of time to file reporter's record |
| Party filing motion: | Court reporter Patricia Palmer |
| Document to be filed: | Reporter's Record |

Is appeal accelerated?　　　No

If motion to extend time:

| | |
|---|---|
| Original due date: | December 21, 2015 |
| Number of previous extensions granted: | 4　　　　Current Due date: June 16, 2016 |
| Date Requested: | July 16, 2016 (208 days from the original deadline) |

Ordered that motion is:

☒Granted

　　　If document is to be filed, document due: July 16, 2016.

　　　☒　　　The Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒Other: _____

**Because the court reporter's fifth extension request only seeks until July 16, 2016, to file the reporter's record, this extension is granted, but the reporter is warned that no further extensions will be granted. *See* TEX. R. APP. P. 10.5(b)(1)(C), 35.3(c). Accordingly, if the reporter's record is not filed by July 16, 2016, the Court may abate this appeal for the trial court to hold a show-cause hearing to determine whether Patricia Palmer should be held in contempt. *See* TEX. R. APP. P. 37.3(a)(1).**

Judge's signature:/s/ Sherry Radack
　　　　　　　　☒ Acting individually　　　☐ Acting for the Court

Date: June 29, 2016